## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DISH NETWORK L.L.C., ECHOSTAR
TECHNOLOGIES L.L.C., and NAGRASTAR LLC

CASE NUMBER:

3:14-CV-04849-CRB

Plaintiff(s)

v.

MOURAD LATRECHE

**ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY**

Defendant(s).

The Court hereby orders that the request of:

DISH NETWORK L.L.C., et al _____ x Plaintiff   _ Defendant   _ Other _____
*Name of Party*

to substitute   Rudy Gaba, Jr. _____ who is

X   Retained Counsel   _ Counsel appointed by the Court (Criminal cases only) Ꮆ Pro Se

23151 Verdugo Drive, Suite 104 _____
*Street Address*

Laguna Hills, CA 92653 _____        rgaba@gabalawcorp.com _____
*City, State, Zip*                                                                          *E-Mail Address*

(949) 207-7100 _____        (949) 207-7108 _____        230475 _____
*Telephone Number*                          *Fax Number*                              *State Bar Number*

as attorney of record instead of _____ Timothy M. Frank _____
*List **all** attorneys from same firm or agency who are withdrawing*

_____

**is hereby      X GRANTED _ DENIED**

Dated   Dec. 23, 2015 _____        _____
                                                        U. S. District Judge/U.S. Magistrate Judge