**GABA LAW CORPORATION**
RUDY GABA, JR. (State Bar No.: 230475)
23141 VERDUGO DRIVE, SUITE 205
LAGUNA HILLS, CALIFORNIA 92653
T: 949-207-7100
F: 949-207-7108
rgaba@gabalawcorp.com

Attorneys for Plaintiff,
DISH NETWORK L.L.C, ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISH NETWORK L.L.C. ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOURAD LATRECHE<br><br>Defendants. | CASE NO: 3:14-CV-04849-CRB<br><br>ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER<br><br>[F.R.C.P. RULE 4(c)]<br><br>NO HEARING SCHEDULED |

## ORDER

Based upon Plaintiff's Request and Order for Service of Process by Registered Process Server, and upon finding of good cause,

**ITS IS HEREBY ORDERED** that All-N-One Legal Support, who is at least 18 years of age of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals office will remain the levying officer.

DATED:  January 28, 2016

By: _____
THE DISTRICT JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER REGARDING REQUEST FOR SPEICAL APPOINTMENT TO SERVE PROCESS